IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER JACKSON, | ) | No. C 09-2205 MMC (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | **(Docket No. 2)** |
| JUDGE FLINN, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-titled action was opened on May 19, 2009, when plaintiff, a California prisoner proceeding pro se, filed two documents: (1) a "Request for Judicial Notice of Filing of Appeal and Supporting Documents, Evidence Hearing Requested"; and (2) a "Request[] for Preparation of Transcripts for Pretrial Writ Petition." (Docket Nos. 1 & 4.) In said filings, plaintiff asks the Court to order the state courts to provide plaintiff with his trial transcripts and other documents plaintiff maintains are necessary for him to seek state review of his criminal proceedings.

Article III, Section 2 of the United States Constitution restricts adjudication in federal courts to "Cases" and "Controversies." See Valley Forge Christian College v. Americans United for Separation of Church and State, Inc., 454 U.S. 464, 471 (1982). Although the instant action was opened in this court as a civil rights action, the relief plaintiff seeks pertains to his ability to challenge his state criminal conviction. In the absence of an actual petition for a writ of habeas corpus, however, there is no case or controversy for the Court to

adjudicate.  See Green v. United States, 260 F.3d 78, 82 (2d Cir. 2001).  Here, plaintiff has not filed a federal habeas petition and it is clear from his filings that he does not intend to do so at this time.[1]  Rather, he asks the Court to order the state courts to provide him with documents he maintains he requires to pursue state collateral proceedings.  In the absence of a properly-filed habeas petition, plaintiff's requests do not present a justiciable controversy on which this Court can rule.

As no federal habeas petition is pending before the Court and there is no case or controversy for the Court to decide, plaintiff's requests are hereby DENIED and the above-titled action is hereby DISMISSED for lack of subject matter jurisdiction.  Such dismissal is without prejudice to plaintiff's filing a petition for a writ of habeas corpus once he has exhausted state remedies.  Additionally, plaintiff's application to proceed in forma pauperis is hereby DENIED as moot.  In view of the fact that no actual petition has been filed in this action, no filing fee is due.

This order terminates Docket No. 2.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: May 28, 2009

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] Moreover, any such petition would be premature, as plaintiff's direct appeal and concurrently filed state petition for a writ of habeas corpus are now pending before the California Court of Appeal.  The Court takes judicial notice of the status of plaintiff's state criminal proceedings from search results obtained from the case information database of the official government website of the California courts. (See http://appellatecases.courtinfo.ca.gov).

2