IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER JACKSON,

        Plaintiff,

  v.

JUDGE FLINN, et al.,

        Defendants.
                                             /

No. CV-09-2205 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED for lack of subject matter jurisdiction. Such dismissal is without prejudice to plaintiff's filing a petition for a writ of habeas corpus once he has exhausted state remedies.

Dated: May 29, 2009                                                     Richard W. Wieking, Clerk

                                                                             By: Tracy Lucero
                                                                             Deputy Clerk